Resolution of Board of Directors
of
**The Swarthmore Group, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James E. Nevels, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James E. Nevels, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James E. Nevels, Chief Executive Officer** of this Corporation is authorized and directed to employ **Douglas G. Leney, Esq.**, attorney and the law firm of **Archer & Greiner, P.C.** to represent the corporation in such bankruptcy case.

Date  **August 1, 2022**                    Signed  _____

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  The Swarthmore Group, Inc.                                  Case No.
                             Debtor(s)                              Chapter  7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **James E. Nevels**, declare under penalty of perjury that I am the **Chief Executive Officer** of **The Swarthmore Group, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **1st** day of **August**, 20**22**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James E. Nevels**, **Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James E. Nevels**, **Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James E. Nevels**, **Chief Executive Officer** of this Corporation is authorized and directed to employ **Douglas G. Leney, Esq.**, attorney and the law firm of **Archer & Greiner, P.C.** to represent the corporation in such bankruptcy case."

Date  **August 1, 2022**                              Signed  _/s/ James E. Nevels_