IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| THE SWARTHMORE GROUP, INC., f/k/a THE S GROUP, INC., | Case No. 22-12040 (AMC) |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF DUANE MORRIS LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 327(A) *NUNC PRO TUNC* TO AUGUST 5, 2022**

Upon consideration of the *Application for Entry of an Order Authorizing the Employment and Retention of Duane Morris LLP as Counsel to the Chapter 7 Trustee Pursuant to 11 U.S.C. § 327 (a) Nunc Pro Tunc to August 5, 2022* (the "Application") filed by Terry P. Dershaw (the "Trustee"), chapter 7 trustee in the above-captioned chapter 7 case; and upon consideration of the declaration of Lawrence J. Kotler (the "Kotler Declaration") filed in support of the Application; and the Court being satisfied based on the representations made in both the Application and the Kotler Declaration that Duane Morris LLP is "disinterested" as that term is defined in 11 U.S.C. § 101(14); and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter; and it appearing that the Application is a core proceeding; and adequate notice of the Application and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor, it is hereby:

1. **ORDERED** that the Application is approved; and it is further

2. **ORDERED** that in accordance with 11 U.S.C. § 327(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, the Trustee is authorized to employ and retain Duane

DM3\8913594.1

Morris LLP as his counsel *nunc pro tunc* to August 5, 2022, under the terms set forth in the Application and the Kotler Declaration; and it is further

3. **ORDERED** that compensation shall be paid to Duane Morris LLP as an administrative expense in such amounts as the Court may hereafter determine and allow; and it is further

4. **ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: September 7th, 2022

**BY THE COURT:**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CC:

Terry P. Dershaw, Esquire
Dershaw Law Offices
P.O. Box 556
Warminster, PA  18974-0632

Duane Morris LLP
Attn: Lawrence J. Kotler, Esq.
30 S. 17th St.
Philadelphia, PA 19103-4196

United States Trustee
Office of United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107