IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>THE SWARTHMORE GROUP, INC., f/k/a<br>THE S GROUP, INC., | ) Chapter 7<br>)<br>)<br>) Case No. 22-12040 (AMC)<br>)<br>)<br>) |

## NOTICE OF INTENT TO ENTER INTO ENGAGEMENT LETTER

**PLEASE TAKE NOTICE** that Terry P. Dershaw, the Chapter 7 Trustee of the above-referenced debtor (the "Trustee"), proposes to enter into a certain Engagement Letter ("Letter"), a true and correct copy of which is attached hereto as Exhibit "A," with Bederson LLC ("Bederson"), the Trustee's court-appointed accountants[1] to terminate the Debtor's 401(k) Plan. Please note that since Bederson is not being paid by the Debtor's Estate (and, thus, will not be filing a fee application for the services anticipated to be performed in the Letter), the Trustee is not seeking Court approval of this engagement but is providing notice of his intent to enter into the Letter to all creditors and parties in interest.

**PLEASE TAKE FURTHER NOTICE** that if any creditor or person of interest has an issue or objection to this course of action, then within **seven (7) days from the date hereof**, you or your attorney must do all the following:

(a)   file an answer or other response explaining your position at:

United States Bankruptcy Court
Office of the Clerk
Robert N.C. Nix, Sr.
Federal Building and Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

---

[1] *See, e.g., Order Granting Application to Employ Bederson LLP as Accountants* which was filed on September 6, 2022 at Docket No. 28

DM3\9095351.1

    (b)    mail a copy to:

> Terry P. Dershaw, Esquire
> P.O. Box 556
> Warminster, PA 18974 -0632
> E-mail: dershaw@gmail.com
> Phone: (484) 897-0341

*And*

> Duane Morris LLP
> Attn: Lawrence J. Kotler, Esq.
> 30 S. 17th St.
> Philadelphia, PA 19103-4196

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take the steps described in paragraphs (a) and (b) above, the Trustee will execute the Letter and retain Bederson to terminate the Debtor's 401k Plan upon the terms and conditions set forth in the Letter.

**PLEASE TAKE FURTHER NOTICE** that in the event an answer or other response is filed, a hearing to consider the relief requested in the Application will be scheduled at a date and time to be determined by the court. Such hearing, however, will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 204, Philadelphia, PA 19107.

**PLEASE TAKE FURTHER NOTICE** that you may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been set, and if so, for what date and time.

Dated: October 11, 2022                      DERSHAW LAW OFFICES

                                                  By:   */s/ Terry P. Dershaw, Esquire*
                                                           Terry P. Dershaw, Esquire
                                                           Pa. Bar ID No. 27978
                                                           P.O. Box 556
                                                           Warminster, PA 18974 -0632
                                                           E-mail: dershaw@gmail.com
                                                           Phone: (484) 897-0341

                                                           *Chapter 7 Trustee for the Debtor's Estate*

2

DM3\9095351.1