# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re:<br><br>THE SWARTHMORE GROUP, INC., f/k/a<br>THE S GROUP, INC., | Chapter 7<br><br>Case No. 22-12040 (AMC) |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION (I) TO ABANDON AND DESTROY CERTAIN UNNECESSARY BUSINESS RECORDS AND TO PAY THE COSTS OF SUCH DESTRUCTION FROM ESTATE ASSETS, AND (II) TO ABANDON CERTAIN PERSONAL PROPERTY AND TO PAY THE COSTS OF SUCH DISPOSAL FROM ESTATE ASSETS

Upon consideration of the *Motion of Terry P. Dershaw, Esquire, Chapter 7 Trustee* (the "Trustee") *(i) To Abandon And Destroy Certain Unnecessary Business Records and To Pay the Costs of Such Destruction from Estate Assets, and (ii) To Abandon Certain Personal Property and To Pay the Costs of Such Disposal from Estate Assets* (the "Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion and the hearing approving the Motion having been given; and no further notice being required; and after due deliberation; and it appearing that sufficient cause exists for granting the requested relief and that the relief requested through the Motion is in the best interests of the Debtor's estate and its creditors; it is hereby:

1. ORDERED that the Motion is GRANTED; and it is further

2. ORDERED that the Trustee is authorized to abandon and destroy the Unnecessary Business Records;[1] and it is further

3. ORDERED that the Trustee is authorized to pay for the costs of such destruction from assets of the Debtor's estate; and it is further

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Motion.

DM3\9151823.8

4. ORDERED that the Trustee is authorized to abandon the Personal Property; and it is further

5. ORDERED that the Trustee is authorized to enter into an agreement with the Landlord, which, among other things, authorizes the Trustee to pay for the costs of such disposal from assets of the Debtor's estate; and it is further

6. ORDERED that this Court shall retain jurisdiction over all matters arising from or in connection with the implementation of this Order.

Dated: _____, 2023
**Date: February 1, 2023**

_____
The Honorable Ashely M. Chan,
United States Bankruptcy Judge

DM3\9151823.8