B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

__Eastern__ District of __Pennsylvania__

In re  The Swarthmore Group, Inc. f/k/a The S. Group, Inc.
        Debtor

Case No. 22-12040-AMC

Chapter 7

## SUBPOENA FOR RULE 2004 EXAMINATION

To: Paula Mandle, c/o Peter Dee, Tuttle Yick, LLP, 352 Seventh Avev. Fl. 14, New York, NY 10001
*(Name of person to whom the subpoena is directed)*

[X] *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE VIA VIDEO CONFERENCE OR OTHER REMOTE MEANS<br>Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | DATE AND TIME<br>Tuesday, November 28, 2023<br>9:00 a.m. - 5:00 p.m. |
|---|---|

The examination will be recorded by this method: Stenography

[ ] *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

      The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: October 27, 2023

CLERK OF COURT

_____    OR    _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Trustee Terry P. Dershaw _____, who issues or requests this subpoena, are: John J. Richardson, Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor, Pittsburgh, PA 15219
jrichardson@bernsteinlaw.com
(412) 456-8100

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).