# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE SWARTHMORE GROUP, INC., | : | |
| f/k/a THE S GROUP, INC. | : | Case No. 22-12040 (AMC) |
| Debtor. | : | |

## NOTICE OF ANNUAL RATE INCREASE
## OF DUANE MORRIS LLP

**PLEASE TAKE NOTICE** that, Duane Morris LLP, counsel to the Chapter 7 Trustee in the above captioned case (the "Chapter 7 Case"), hereby provides notice of the following revised hourly rates, which became effective in the Chapter 7 Case as of January 1, 2024.

| Title | Hourly Rate Range |
|---|---|
| Partner | $820 to $1125 per hour |
| Associate | $525 to $690 per hour |

DATED: February 5, 2024
Philadelphia, Pennsylvania

/s/ Lawrence J. Kotler
Lawrence J. Kotler, Esquire (PA I.D. 56029)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone:   (215) 979-1000
Facsimile:   (215) 979-1020
Email:   ljkotler@duanemorris.com

***Counsel for Terry Dershaw,***
***Chapter 7 Trustee for the Debtor's Estate***

DM3\10277148.1