**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 7** |
| | : | |
| **THE SWARTHMORE GROUP, INC. f/k/a** | : | |
| **THE S GROUP, INC.** | : | **Bankruptcy No. 22-12040-amc** |
| | : | |
| **Debtor.** | : | |

**NOTICE OF TAKING OF 2004 EXAMINATION UNDER**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 2004 and Eastern District of Pennsylvania Local Bankruptcy Rule 2004-1, the examination of Matt Romanowski will be taken by the undersigned attorney via Zoom on **July 23, 2024** at **2:00 p.m.** and continuing on consecutive days until such examination is completed.

The examination is pursuant to Bankruptcy Rule 2004 and will be taken under oath before an officer authorized to record the testimony.  The scope of the examination shall be as described in Bankruptcy Rule 2004.  The examinee is further requested to bring to the examination all of the documents described in the attached Exhibit A.

Dated:  July 22, 2024

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: */s/ John J. Richardson*
John J. Richardson, Esquire
PA I.D. #86045
jrichardson@bernsteinlaw.com
David A. Jones, Jr., Esquire
PA I.D. 317266
djones@bernsteinlaw.com
601 Grant Street, 9th Floor
FHL Bank Building
Pittsburgh, PA 15219
Phone: (412) 456-8100
Fax: (412) 456-8135

*Counsel to Terry P. Dershaw, Chapter 7 Trustee*

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, I caused a copy of the foregoing to be served upon

the following persons and parties by electronic means through the ECF system or by mail, as follows:

**Via First Class Mail**

**Examinee**
Matthew Romanowski
120 Lewis Rd
Havertown, PA 19083-5414

**Debtor**
The Swarthmore Group, Inc. f/k/a The S. Group, Inc.
1650 Arch St.
Suite 2100
Philadelphia, PA 19103

**Via ECF Notification**

**Debtor's Counsel**
Douglas G. Leney, Esq.
Archer & Greiner PC
Three Logan Square
1717 Arch Street
Suite 3500
Philadelphia, PA 19103

**Trustee**
Terry P. Dershaw, Esq.
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

**U.S. Trustee**
Office of the U.S. Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

*/s/ John J. Richardson*
John J. Richardson, Esq.